UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID V. SERNA, <br> # 1447120, <br><br> Plaintiff, <br><br> v. <br><br> JAVIER SALAZAR; CHIEF WILLIAM McMANUS; and U.S. ATTORNEY GENERAL, <br><br> Defendants. | § § § § § § § § § § § § § <br><br> SA-22-CA-00259-JKP |

**JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff David V. Serna's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for want of prosecution and failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Serna's Section 1983 claims Javier Salazar, Chief William McManus and the U.S. Attorney General are **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to comply with the Court's Order.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 26th day of May, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE